IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID JACKSON, #39640                                      PLAINTIFF

VERSUS                          CIVIL ACTION NO.  3:09cv141-TSL-JCS

JIM HOOD                                                   DEFENDANT

## **FINAL JUDGMENT**

    This cause is before the court, _sua sponte_, for consideration
of dismissal.  Pursuant to the opinion and order issued this day,
it is hereby, ORDERED AND ADJUDGED that this cause be dismissed
without prejudice.

    SO ORDERED AND ADJUDGED, this the ___7th_____ day of August,
2009.


                            _/s/Tom S. Lee_____
                            UNITED STATES DISTRICT JUDGE